Opinion issued February 2, 2012.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-12-00036-CV

———————————

richard
steven calkins, individually and as agent-in-fact for mary olive calkins and
michael easton,
Appellant

V.

carolyn
james, Appellee



 



 

On Appeal from the Probate Court No. 4

Harris County, Texas



Trial Court Case No. 378993

 



 

MEMORANDUM OPINION

          Appellant
has filed an unopposed motion to voluntarily dismiss his appeal. See Tex.
R. App. P. 42.1(a)(1) (providing for voluntary
dismissal of a civil case upon appellant’s motion). No opinion has yet issued
in this case. Accordingly, we grant the motion and dismiss this appeal. See id. All other pending motions are denied
as moot. The clerk is directed to issue mandate within ten days of the date of
this opinion. See Tex. R. App. P. 18.1.

We dismiss this appeal. 

PER CURIAM

 

Panel
consists of Chief Justice Radack and Justices Higley and Brown.